NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VALEANT INTERNATIONAL BERMUDA,**
*Plaintiff-Appellee,*

**v.**

**ACTAVIS, INC., WATSON LABORATORIES, INC. -
FLORIDA, AND ACTAVIS PHARMA, INC.,**
*Defendants-Appellants.*

---

2012-1117, -1307

---

Appeals from the United States District Court for the Southern District of Florida in No. 10-CV-20526.

---

## JUDGMENT

---

THERESA M. GILLIS, Mayer Brown LLP, of New York, New York, argued for plaintiff-appellee. With her on the brief were JOHN J. MOLENDA. Of counsel on the brief were THOMAS W. JENKINS and ERICK J. PALMER, of Chicago, Illinois.

JEFFREY J. TONEY, Kasowitz, Benson Torres & Friedman LLP, of Atlanta, Georgia, argued for defendants-appellants. With him on the brief were JONATHAN K. WALDROP and DARCEY L. JONES. Of counsel on the brief

was NORMAN E.B. MINNEAR, of New York, New York. Of counsel was PARKER C. ANKRUM, of Redwood, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 16, 2013        /s/ Daniel  E.  O'Toole
Date          Daniel  E.  O'Toole
         Clerk